JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WREN LA JV, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SEUNG LEE and AILEEN HAN,<br><br>          Defendants. | Case No. CV 21-7287 MCS (PVCx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On September 10, 2021, Defendant Aileen Han, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and an application to proceed *in forma pauperis*.  The Court has denied Defendant's IFP application under separate cover because the action was not properly removed.  To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or

1  federal-question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a); *see*

2  *Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005).

3

4          Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

5  Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, 111

6  North Hill Street, Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant

7  to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court;

8  and (3) the Clerk serve copies of this Order on the parties.

9

10         IT IS SO ORDERED.

11

12 DATED:  September 14, 2021

13

14

15  _____
    MARK C. SCARSI
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28